Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Jody Ruebesam

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| JODY RUEBESAM,<br><br>  Plaintiff,<br><br>  vs.<br><br>U.S. BANK, N.A.,<br><br>  Defendant. | Case No.: 2:18-cv-00236-MCE-KJN<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, and good cause appearing, U.S. Bank, N.A. is dismissed, with prejudice, each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE